**Fill in this information to identify your case:**

United States Bankruptcy Court for the
**Southern District of California**
Case number _____

Chapter you are filing under
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an Amended filing

## OFFICIAL FORM 101

# Voluntary Petition for Individuals Filing for Bankruptcy                    12/15

The bankruptcy form use you and Debtor 1 to refer to a debtor filing alone.  A married couple may file a bankruptcy case together -- called a joint case -- and in joint cases, these forms use you to ask for information from both debtors.  For example, if a form asks, "Do you own a car", the answer would be yes if either debtor owns a car.  When information is needed about the spouses separately, the form uses Debtor 1 and Debtor w to distinguish between the.  In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2.  The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:  Identify Yourself

| | | About Debtor 1. |
|---|---|---|
| 1. | **Your full Name**<br><br>Write the name that is on your government issued picture identification (for example, your driver's license or passport).  Bring your picture identification to your meeting with the trustee. | **Brian**<br>First name<br><br>**A.**<br>Middle name<br><br>**LaPorte**<br>Last name<br><br>Suffix  (sr., Jr., II, III) |
| 2. | **All other names your have used in the last 8 years**<br><br>Include your married or maiden names. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name |
| 3. | **Only the last 4 digits of your Social Security number or federal individual Taxpayer Identification number (ITIN)** | XXX - XX - **9973**<br><br>or<br><br>9xx - xx - |

Debtor 1    - **Brian A. LaPorte**                              Case Number ( if known)_____

| | **About Debtor 1:** |
|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years.**

Include trade names and doing business as name

☑ I have not used any business names or EINs

Business Name:

Business Name:

EIN:

EIN:

**5.** **Where you live**

**15790 Sunset Drive**

Number    Street

**Poway, CA          92064**

City                                                        State    Zip Code

**San Diego**

County
**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notice to you at this mailing address

**6.** **Why you are choosing this district to file for bankruptcy.**

Check one

☑ Over the last 180 days before filing this petition I have lived in this district longer than in any other district

☐ I have another reason. Explain. (see 28 U.S.C. § 1408.)

Debtor 1    -  **Brian A. LaPorte**

Case Number ( if known)

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check One.* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for individuals Filing for Bankruptcy(Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my Petition.**  Please check with the clerk's office in your local court for more  details about how you may pay.  Typically, if you are paying the fee yourself, you may pay with case, cashier's check, or money order.  If your attorney is submitting your payment on your behalf, you attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.**  If you choose this option, sign and attach the *Application for Individual to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived.**  (You may request this option only if you are filing for Chapter By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less   than 150% of the official poverty line that applies to your family size and you are unable to pay the fee   in installments).  If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ☐ No
- ☑ Yes    **None**

| | | |
|---|---|---|
| Dated: | When: | Case number: |
| Dated: | When: | Case number: |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes

| Debtor: | | Relationship to you: |
|---|---|---|
| Dated: | When: | Case number: |

| Debtor: | | Relationship to you: |
|---|---|---|
| Dated: | When: | Case number: |

**11.** **Do you rent your residence?**

- ☑ No    Go to line 12
- ☐ Yes   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - ☐ No. Go to line 12.
  - ☐ Yes.  Fill out initial Statement about and Eviction Judgment Against You (Form 101A and file it with the bankruptcy petition.

Debtor 1    **- Brian A. LaPorte**                                    Case Number ( if known)

| Part 3: | **Report About Any Businesses You Own as a Sole Proprietor.** |
|---|---|

**12** **Are you a sole proprietor of any full - or part - time businesses?**
A sole proprietorship is a business you operate as an individual and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than on sole proprietorship, use a separate sheet and attach it to this petition,

☑ No.  Go to Part 4..

☐ Yes.  Name and location of Business

Name of business, if any

Number   Street

City                          State                  Zip Cod

*Check the appropriate box to describe your business.*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)).

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)).

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the Above.

**13** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a small business debtor:**
For a definition of *small business debtor*, see  11 U.S.C. § 101(51D))

If  you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the bankruptcy code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | **Report If You Own or Have Any Hazardous Property or any Property That Need Immediate Attention.** |
|---|---|

**14** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?**
For example, do you own perishable goods or livestock that must be fed or a building that needs urgent repairs?

☑ No.

☐ Yes.  What is the hazzard? _____

_____

If immediate attention is needed, whey is it needed? _____

_____

Where is the property?_____
number    Street

_____

City                          State          Zip Code

Debtor 1   - **Brian A. LaPorte**

Case Number ( if known)

| 15 | **Tell the court whether you have received a briefing about credit counseling.** | **About Debtor 1.** |
|---|---|---|

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you can not do so, you are not eligible to file.

If you file any, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

☐ I received a briefing from an approved credit counseling agency within the 10 days before I filed this bankruptcy petition, and I received a certificate of completion.

☑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificated of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a coy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of this requirement.

To ask for a 30 day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file the case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
An extension of the 30 day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

    ☐ **Incapacity** I have a mental illness or mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active Duty** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes. |
|---|---|

**16. What kind of debts do you have?**

**16a Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as " incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

**16b Are your debts primarily business debts?** Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☑ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c State the type of debts you owe that are not consumer debts or business debts.**
    None

**17. Are you filing under chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 16.

☑ Yes. I am filing under Chapter 7.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No.

☑ Yes.

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 15,001-50,000 |
| ☐ 50-99 | ☐ 5,000-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,000-25,000 | ☐ More than 100,000 |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,000-$10 million | ☐ $100,000,000-$1 billion |
| ☐ $50,000-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,000-$10 million | ☐ $100,000,000-$1 billion |
| ☐ $50,000-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For You**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, 04 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, Specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3671.

✱ /s/ Brian A. LaPorte    ✱

Debtor 1 - Brian A. LaPorte

Executed on: April 5, 2019

Debtor 2 -

Executed on:

| For your attorney, if you are represented by one.<br><br>If you are not represented by an attorney, you do not need to file this page. | I the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11 United States Code, and have explained the relief available under each chapter for which the person is eligible, I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after any inquire that the information in the schedules filed with the petition is incorrect. |
| --- | --- |

✖ /s/ R. Creig Greaves      Dated: April 5, 2019

**R. Creig Greaves (CA State Bar # 71035)**
**Attorney at Law**
**110 West C Street #2101**
**San Diego, CA 92101**
**(619) 234-0033**
**(619) 234-3335 = fax**
**creig@stopdebtlegal.sdcoxmail.com**

## List of Debts

| |
|---|
| Capital One<br>PO Box 60024<br>City of Industry, CA 91716-0024 |
| Capital One<br>PO Box 85015<br>Richmond, VA 23285-5075 |
| Chase Card Services<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Auto Finance<br>PO Box 901076   TX1-0056<br>Fort Worth, TX 76101-2076 |
| Chase USA<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| Citadel Servicing<br>15707 Rockfield Blvd.<br>Irvine, CA 92618 |
| Citi Cards<br>PO Box 6241<br>Sioux Falls, SD 57117 |
| Mission FCU<br>5785 Oberlin Drive #21<br>San Diego, CA 92121 |
| Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 |