R. Creig Greaves (Bar #71035)
Attorney at Law
110 West "C" Street,  Suite 2101
San Diego, Ca 92101
Tel:  (619) 234-0033      Fax: (619) 234-0033

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, CA 92101

**Brian A. LaPorte**

Bankruptcy No: 19-01974-LT7

Case Number ( if known)

## BALANCE OF SCHEDULES AND/OR CHAPTER 13 PLAN

Presented herewith are the original with the number of copies required by Local Bankruptcy Rule 1007-2(b) of the following.  (Check one or more boxes as appropriate):

- ☑ Schedule A/B - J
- ☑ Statement of Financial Affairs
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information Schedules.
- ☑ Chapter 7 Statement of Current Monthly Income.
- ☐ Chapter 7 Statement of Exemption form Presumption of Abuse Under § 707(b)(2)
- ☐ Chapter 7 Means Test Calculation.
- ☐ Chapter 11 Statement of Your Current Monthly Income.
- ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.
- ☐ Chapter 13 Calculation of Your Disposable Income.
- ☐ Chapter 13 Plan.
- ☐ Schedule of Real and/or Personal Property.
- ☐ Schedule of Property Claimed Exempt.
- ☐ Creditors Holding Secured Claims by Property.
- ☐ Creditors Holding Unsecured Priority and/or Non-priority Claims.
- ☐ Schedule of Executory Contracts & Unexpired Leases.
- ☐ Schedule of Co-Debtors.
- ☐ Income of Individual Debtor(s).
- ☐ Expenses of Individual Debtor(s).
- ☐ Expenses for Separate Household of Debtor 2.

**If Additional Creditor are added at this time, the following are required:**
1. Electronic media required, see CSD 1007, containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2. Local Form CSD 1101, *Notice to Creditors of This Debtor Added by Amendment or Balance of Schedules.*  See instructions on reverse side.

Dated:  April 18, 2019          Signed:   /s/  *R. Creig Greaves*

**R. Creig Greaves**, Attorney for debtor(s)

I (We) **Brian A. LaPorte**   and _____. the undersigned debtor(s) hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of _____ Pages, is true and correct to the best of my (our) information and belief.

Dated: April 18, 2019

/s/  *Brian A. LaPorte*

**Brian A. LaPorte**

/s/ _____

1.  Local Form CSD 1101, *Notice to Creditors of The Above-Named Debtor Added by Amendment* or Balance of Schedules, may be used to notify any added entity.  When applicable, copies of the following notice must accompany the notice: Order for and Notice of Section 341(a) Meeting,   Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

2   If not filed previously and this is an ECF case, the *Declaration RE: Electronic Filing of Petition, Schedules & Statement* (Local Form CSD 1801) must be filed in accordance with LBR 5005-4.

3.  If this is a Chapter 11 case, each member of any committee appointed must be served this Balance of Schedules.

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this Balance of Schedules and/or Chapter 13 Plan on the following persons listed below via the following method(s).

1.  **To Be Served by the Court via Notice of Electronic Filing ("NEF").**

Under controlling Local Bankruptcy Rule(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document.  On _April 18, 2019_____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated an/or as checked below.

☑ Chapter 7 Trustee.

☑   For Chpt 7, 11, & 12 cases
   **UNITED STATE TRUSTEE**
   ustp.region15@usdoj.gov

☐ For ODD numbered Chapter 13 cases
   **THOMAS H. BILLINGSLEA, JR. TRUSTEE**
   Billingslea@thb.coxatwork.com

☐ For EVEN numbered Chapter 13 cases
   **DAVID L. SKELTON TRUSTEE**
   Admin@ch13.sdcoxmail.com
   Dsle;tpm13@ecf/e[oqsuste,s/cp,

2.  **Served by United States Mail or Overnight Mail.**

On _April 18, 2019_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case of adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service, addressed as follows:

See attached list of persons served

2.          **Served by Personal Delivery, Facsimile Transmission or Electronic Mail.**

Under Fed. R. Civ P. 5 and controlling LBR, on ___April 18, 2019_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on:___April 18, 2019____          /s/ R. Creig Greaves_____
                                            **R. Creig Greaves**
                                            110 West "C" Street #2101
                                            San Diego, CA 92101
                                            (619) 234-0033

CSD 1099

Fill in this information to identify your case:

United States Bankruptcy Court for the
**Southern District of California**

Case number _____

Chapter you are filing under
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an
Amended filing

## OFFICIAL FORM 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items> List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In.**

1. Do you own or have any legal or equitable interest in any residence, building, land or similar property?

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

1.1 **15790 Sunset Drive**
Street address, or other description

_____

**Poway, CA 92064**
City            State            Zip Code

**San Diego**
County

**What is the property? (Check all that apply)**
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other_____

**Who has an interest in the property? Check one**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor I and Debtor 2 only
- ☑ At least one of the debtors and another.

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemption. Put the amount of any secured claim on Schedule D.. Creditors Who Have Claims Secured by Property

| Current Value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,763,000 | $1,763,000 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or life estate). If known.

☑ Check if this is community property.
(see instruction)

If you own or have more than one, list here.

1.2 _____
Street address, or other description

_____

_____
City            State            Zip Code

_____
County

**What is the property? (Check all that apply)**
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other_____

**Who has an interest in the property? Check one**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor I and Debtor 2 only
- ☐ At least one of the debtors and another.

Other information you wish to add about this item, such as property identification number: _____

Do not deduct secured claims or exemption. Put the amount of any secured claim on Schedule D.. Creditors Who Have Claims Secured by Property

| Current Value of the entire property? | Current value of the portion you own? |
|---|---|
| $0 | $0 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or life estate). If known.

☐ Check if this is community property.
(see instruction)

**1.3** _____
Street address, or other description

_____

_____

City      State    Zip Code

_____

County

**What is the property? (Check all that apply)**
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property? Check one**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another.

Do not deduct secured claims or exemption. Put the amount of any secured claim on Schedule D.. Creditors Who Have Claims Secured by Property

| Current Value of the entire property? | Current value of the portion you own? |
|---|---|
| $0 | $0 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or life estate). If known.

☐ Check if this is community property. (see instruction)

Other information you wish to add about this item, such as property identification number: _____

**2** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................→ **$1,763,000**

---

**Part 2:** **Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not: Include any vehicles you own that someone else drives.  If you lease a vehicle also report on schedule G  _Executory contracts and Unexpired Leases._

**3.** **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
- ☐ No.
- ☒ Yes

**3.1** Make    **2013 BMW**

Model    **X5**

Year

Mileage    **75,000**

Other Information

**Who has an interest in the property? Check one**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another.

☐ Check if this is community property. (see instruction)

Do not deduct secured claims or exemption.  Put the amount of any secured claim on Schedule D.. Creditors Who Have Claims Secured by Property

| Current Value of the entire property? | Current value of the portion you own? |
|---|---|
| $17,143 | $17,143 |

If you own or have more than on, describe here.

**3.2** Make

Model

Year

Mileage

Other Information

**Who has an interest in the property? Check one**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another.

☐ Check if this is community property. (see instruction)

Do not deduct secured claims or exemption.  Put the amount of any secured claim on Schedule D.. Creditors Who Have Claims Secured by Property

| Current Value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

| 3.3 | Make | Who has an interest in the property? Check one | Do not deduct secured claims or exemption.  Put the amount of any secured claim on Schedule D.. Creditors Who Have Claims Secured by Property |
|---|---|---|---|

Model

Year

Mileage

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor I and Debtor 2 only
☐ At least one of the debtors and another.

| | Current Value of the entire property? | Current value of the portion you own? |
|---|---|---|

Other Information

☐ Check if this is community property. (see instruction)

| | $ | $ |

| 3.4 | Make | Who has an interest in the property? Check one | Do not deduct secured claims or exemption.  Put the amount of any secured claim on Schedule D.. Creditors Who Have Claims Secured by Property |
|---|---|---|---|

Model

Year

Mileage

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor I and Debtor 2 only
☐ At least one of the debtors and another.

| | Current Value of the entire property? | Current value of the portion you own? |
|---|---|---|

Other Information

☐ Check if this is community property. (see instruction)

| | $ | $ |

**4.** ==Water craft, aircraft, motor homes, ATV's and other recreational vehicles, other vehicles, and accessories.==

*Examples:* Boats, trailers, motors, personal water craft, fishing vessels, snowmobiles, motorcycle accessories.

☐ No.
☐ Yes

| 4.1 | Make | Who has an interest in the property? Check one | Do not deduct secured claims or exemption.  Put the amount of any secured claim on Schedule D.. Creditors Who Have Claims Secured by Property |
|---|---|---|---|

Model

Year

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor I and Debtor 2 only
☐ At least one of the debtors and another.

| | Current Value of the entire property | Current value of the portion you own? |
|---|---|---|

Other Information

☐ Check if this is community property. (see instruction)

| | $0 | $0 |

| 4.2 | Make | Who has an interest in the property? Check one | Do not deduct secured claims or exemption.  Put the amount of any secured claim on Schedule D.. Creditors Who Have Claims Secured by Property |
|---|---|---|---|

Model

Year

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor I and Debtor 2 only
☐ At least one of the debtors and another.

| | Current Value of the entire property? | Current value of the portion you own? |
|---|---|---|

Other Information

☐ Check if this is community property. (see instruction)

| | $0 | $0 |

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2.  Write that number here.................................................................................................➔    $17,143

| Part 3: | Describe Your Personal and Household Items. |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions |
|---|---|

**6.** **Household goods and furnishings**
Examples: Major appliances, furniture, linens, china, kitchenware.

| ☐ No. ☑ Yes Describe............ | Furniture, bed, linens, kitchenware, miscellaneous furnishings. | $2,500 |
|---|---|---|

**7.** **Electronics**
Examples: Televisions and radios, audio, video, stereo, and digital equipment, computers, printer, scanners, music collections, electronic devices including cell phones, cameras, media players, games.

| ☐ No. ☑ Yes Describe............ | Television,  computer,  cell phone | $500 |
|---|---|---|

**8.** **Collectibles of value.**
Examples: Antiques and figurines, paintings, prints, or other artwork, books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles.

| ☑ No. ☐ Yes Describe............ | | $0 |
|---|---|---|

**9.** **Equipment for sports and hobbies.**
Examples: Sports, photographic, exercise, and other hobby equipment, bicycles, pool tables, golf clubs, skis, canoes and kayaks, carpentry tools, musical instruments.

| ☑ No. ☐ Yes Describe............ | | $0 |
|---|---|---|

**10.** **Firearms**
Examples: Pistols, rifles, shotguns, ammunition, and related equipment.

| ☑ No. ☐ Yes Describe............ | | $0 |
|---|---|---|

**11.** **Clothes**
Examples: Everyday clothes, furs, leather coats, designer wear, shoes accessories

| ☐ No. ☑ Yes Describe............ | Clothing and shoes | $500 |
|---|---|---|

**12.** **Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver.

| ☐ No. ☑ Yes Describe............ | Everyday jewelry | $500 |
|---|---|---|

**13.** **Non-farm animals**
Examples: Dogs, cats, birds, horses.

| ☑ No Pets ☐ Yes Describe............ | | $0 |
|---|---|---|

**14.** Any other personal and household items you did not already list, including any health aids you did not list.

| ☑ No. ☐ Yes Describe............ | | $0 |
|---|---|---|

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here................................................................................................................ → | $4,000 |
|---|

| Part 4: | **Describe Your Financial Assets** |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions

**16   Cash**
*Examples:* Money you have in your wallet, in your home, in safe deposit box, and on hand when you file your petition

☐ No
☒ Yes..........................amount estimated ......................................................................................... Cash........................    **$100**

**17   Deposits of money**
*Examples:* Checking, savings, or other financial accounts, certificates of deposit, shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes..........

Institution name

| | | Institution name | |
|---|---|---|---|
| 17.1 | Checking account | **Bank of America**    amount estimated | $1,000 |
| 17.2 | Checking account | | $0 |
| 17.3 | Savings account | | $0 |
| 17.4 | Savings account | | $0 |
| 17.5 | Certificates of deposit | | $0 |
| 17.6 | Other financial account | | $0 |
| 17.7 | Other financial account | | $0 |
| 17.8 | Other financial account | | $0 |
| 17.9 | Other financial account | | $0 |
| | | Total | $1,000 |

**18   Bonds, mutual funds, or publicly traded stocks.**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts.

☒ No
☐ Yes..........

| | Institution name | |
|---|---|---|
| | | $0 |
| | | $0 |
| | | $0 |
| | Total | $0 |

**19   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including and interest in an LLC, partnership, and joint venture.**

☒ No
☐ Yes. Give specific information about them.........

| Name of Property | % of ownership | |
|---|---|---|
| | | $0 |
| | | $0 |
| | | $0 |
| | Total | $0 |

**20    Government and corporate bonds and other negotiable and nonnegotiable instruments.**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.

*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No

☐ Yes. Give specific information about them.........    Issuer name

| | |
|---|---|
| | $0 |
| | $0 |
| | $0 |
| Total | $0 |

**21    Retirement or pension accounts.**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans.

☒ No

☐ Yes...........    Type of account               Institution name

| Type of account | Institution name | |
|---|---|---|
| 401(k) or similar plan | | $0 |
| Pension plan | | $0 |
| IRA | | $0 |
| Retirement account | | $0 |
| Keogh | | $0 |
| Additional account | | $0 |
| Additional account | | $0 |
| | Total | $0 |

**22    Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water) telecommunications companies, or others.

☒ No

☐ Yes...........    Institution name or individual

| | Institution name or individual | |
|---|---|---|
| Electric | | $0 |
| Gas | | $0 |
| Heating oil | | $0 |
| Security deposit/ rental | | $0 |
| Prepaid rent | | $0 |
| Telephone | | $0 |
| Water | | $0 |
| Rented Furniture | | $0 |
| | Total | $0 |

**23    Annuities**

☒ No

☐ Yes. Give specific information about them.........    Issuer name and description.

| | |
|---|---|
| | $0 |
| | $0 |
| | $0 |

| 24 | Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program. 26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1) | |
|---|---|---|
| | ☑ No | |
| | ☐ Yes.......... Institution name and description. Separately file the records of any interests 11 U.S.C.§ t21© | |

| | | $0 |
|---|---|---|
| | | $0 |
| | | $0 |
| | Total | $0 |

| 25 | Trusts, equitable or future interests in property (other than anything listed in Line1), and rights or powers exercisable for your benefit. | |
|---|---|---|
| | ☑ No. | |
| | ☐ Yes Describe............ | $0 |

| 26 | Patents, copyrights, trademarks, trade secrets, and other intellectual property. *Examples:* Internet domain names, websites, proceeds from royalties, and licensing agreements. | |
|---|---|---|
| | ☑ No. | |
| | ☐ Yes Describe............ | $0 |

| 27 | Licenses, franchises, and other general intangibles. *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses. | |
|---|---|---|
| | ☑ No. | |
| | ☐ Yes Describe............ | $0 |

| Money or property owed to you? | | Current value of the portion you own: Do not deduct secured claims or exemptions. |
|---|---|---|

| 28 | Tax refunds owed to you. | | | |
|---|---|---|---|---|
| | ☐ No. | | | |
| | ☐ Yes Describe......... Give specific information about them , including whether you already filed the returns and tax years | **Owes taxes? - no refunds** Return not filed - incarcerated | Federal | $0 |
| | | | State | $0 |
| | | | Local | $0 |

| 29 | Family Support *Example:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement | | | |
|---|---|---|---|---|
| | ☑ No. | | | |
| | ☐ Yes - Give specific information | | Alimony | $0 |
| | | | Maintenance | $0 |
| | | | Support | $0 |
| | | | Divorce Settlement | $0 |
| | | | Property Settlement | $0 |

| 30 | Other amounts someone owes you. *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pa, vacation pay, workers' compensation Social Security benefits, unpaid loans you made to someone else | |
|---|---|---|
| | ☑ No. | |
| | ☐ Yes. Give specific information ........... | $0 |

**31    interests IN INSURANCE POLICIES**
*Examples:* Health, disability, or life insurance, health savings account (HSA), credit, homeowners, or renters insurance.

☒ No

☐ Yes.  Name of insurance company
of each policy and list its value

| Company Name | Beneficiary | |
|---|---|---|
| | | $0 |
| | | $0 |
| | | $0 |
| | Total | $0 |

**32    Any interest in property that is due you from someone who has died.**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitle to receive property because someone has died.

☒ No.

☐ Yes.  Describe each item......................

| | |
|---|---|
| | $0 |

**33    Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment.**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue.

☒ No.

☐ Yes.  Describe each claim..................

| | |
|---|---|
| | $0 |

**34    Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pa, vacation pay, workers' compensation
Social Security benefits, unpaid loans you made to someone else

☒ No.

☐ Yes.  Describe each claim.......... ............

| | |
|---|---|
| | $0 |

**35    Any financial assets you did not already list.**

☒ No.

☐ Yes.  Give specific information ...........

| | |
|---|---|
| | $0 |

**36    Add the collar value of all of your entries from Part 4, including any entries for pages that you have attached**
**for Part 4.  Write that number here**................................................................................................................    ➔    $1,100

---

**Part 5        Describe any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37    Do you own or have any legal or equitable interest in any business-related property?**

☒ No.  Go to Part 6

☐ Yes  Go to line 38

**Current Value of the portion you own**
Do not deduct secured claims or exemptions.

**38    Accounts receivable or commissions you already earned**

☒ No.

☐ Yes.  Describe.......

| | |
|---|---|
| | $0 |

**39    Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, desks, chairs electronic devices

☒ No.

☐ Yes.  Describe.......

| | |
|---|---|
| | $0 |

**40**    **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade.**

☑ No.

☐ Yes. Describe....... | | $0

**41**    **Inventory**

☐ No.

☐ Yes. Describe....... | | $0

**42**    **Interests in partnerships or joint ventures**

☐ No

☐ Yes. y      Name of entity         % of ownership

| | | $0 |
| | | $0 |
| | | $0 |

**43**    **Customer lists, mailing lists, or other compilations.**

☑ No.

☐ Yes   Do your lists include personally identifiable information (as defined in 11 U.S.C. § 191(41A))?

     ☑ No.

     ☐ Yes.    Describe....... | | $0

**44**    **Any business-related property you did not already list.**

☑ No

☐ Yes...........   Institution name and description. Separately file the records of any interests 11 U.S.C.§ t21©

| | $0 |
| | $0 |
| | $0 |
| | $0 |
| | $0 |
| | $0 |
| | $0 |

**45**    Add the dollar value of all of you entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here.................................................................................................................... ➜ | **$0**

---

**Part 6**     **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**

If you own or have and interest in farmland, list it in Part 1.

**46**    Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☑ No.   Go to Part 7

☐ Yes   Go to line 47

Current Value of the portion you own
Do not deduct secured claims or exemptions.

**47**    **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No.

☐ Yes. Describe....... | | $0

**48.** **Crops -- either growing or harvested**

☒ No.

☐ Yes. Describe........ | | $0

**49.** **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade.**

☒ No.

☐ Yes. Describe........ | | $0

**50.** **Farm and fishing supplies, chemicals, and feed.**

☒ No.

☐ Yes. Describe........ | | $0

**51.** **Any farm - and commercial fishing-related property you did not already list**

☒ No.

☐ Yes. Describe........ | | $0

**52.** Add the dollar value of all of you entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here...................................................................................................................➜ | $0

| Part 7 | Describe All Property You Own or Have an Interest in That You Did Not List Above |

**53.** Do you have other property of any kind you did not already list?

*Examples:* Season tickets, country club membership.

☒ No.

☐ Yes. Describe.......

| $0 |
| $0 |
| $0 |

**54.** Add the dollar value of all of you entries from Part 7, ...............................................................................➜ | $0

| Part 8 | List the Totals of Each Part of this Form. |

**55.** Part 1: Total real estate, Line 2..................................................................................................➜ | $1,763,000

**56.** Part 2: Total vehicles, line 5 | $17,143

**57.** Part 3: Total personal and household items, Line 16 | $4,000

**58.** Part 4: Your financial assets, Line 36 | $1,100

**59.** Part 5 Total business-related property, Line 45 | $0

**60.** Part 6: Total Farm- and fishing-related property Line 52. | $0

**61.** Part 7: Total other property not listed, Line 54 | $0

**62.** Total personal property. Add lines 56 through 61.......................... | $22,243 | Copy Personal Prop ➜ | $22,243

**63.** Total of all property on Schedule AB. Add line 55 and 62............................................................➜ | $1,785,243

Fill in this information to identify your case:

United States Bankruptcy Court for the
**Southern District of California**
Case number __19-01974-LT7_____

Chapter you are filing under

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an Amended filing

## OFFICIAL FORM 106C

# Schedule C:  The Property You Claim as Exempt
12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Using the property you listed on *Schedule A/B Property* (Official form 106 A/B) as your source, list the property that you claim as exempt.  If more space is needed, fill out and attach to this page as many copies of *Part 2, Additional Page* as necessary.  On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim.  One way of doing so is to state a specific dollar amount as exempt.  Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit.  Some exemptions -- such as those for health aids, right to receive certain benefits, and tax-exempt retirement funds -- may be unlimited in order in dollar amount.  However, it fou claim an exemption of 100% of the fair market value under the law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed the amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt. |
|---|---|

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

- [x] You are claiming state and federal nonbankruptcy exemptions.  11.U.S.C § 522(b)(3)
- [ ] You are claiming federal exemptions.  11 U.S.C. § 522(b)(2).

California Code of Civil Procedure
## 704
Exemptions claimed

2.  **For any property you list on Schedule A/B that you claim as exempt, fill in the information below**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own. Copy the value from *Schedule A/B* | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| Brief description **Household Goods and furnishings** | $2,500 | [x] $2,500 | California Code of Civil Procedure Section704.020(a) |
| Line from Schedule A/B 6 | | [ ] 100% of the fair market value up to any applicable statutory limit. | |
| Brief description **Electronics** | $500 | [x] $500 | California Code of Civil Procedure Section704.020(a) |
| Line from Schedule A/B 7 | | [ ] 100% of the fair market value up to any applicable statutory limit. | |
| Brief description **Clothes and shoes** | $500 | [x] $500 | California Code of Civil Procedure Section704.020(a) |
| Line from Schedule A/B 11 | | [ ] 100% of the fair market value up to any applicable statutory limit. | |

3   Are you claiming a homestead exemption of more than #160,375?
(Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

- [x] No.
- [ ] Yes.  **Did you acquire the property covered by the exemption within 1,215 days before you filed this case:**
  - [ ] No.
  - [ ] Yes.

Debto1:  - Brian A. LaPorte

19-01974-LT7

**Part 1:    Additional page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own. Copy the value from *Schedule A/B* | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| Brief description **Jewelry** Line from Schedule A/B  12 | $500 | ☑ $500 ☐ 100% of the fair market value up to any applicable statutory limit. | California Code of Civil Procedure Section704.040 |
| Brief description **Cash** Line from Schedule A/B  16 | $100 | ☑ $0 ☐ 100% of the fair market value up to any applicable statutory limit. | California Code of Civil Procedure Section704.080 |
| Brief description **Deposits of Money** Line from Schedule A/B  17 | $1,000 | ☑ $0 ☐ 100% of the fair market value up to any applicable statutory limit. | California Code of Civil Procedure Section704.080 Social Security or Public Benefit |
| Brief description **Tax refunds** Line from Schedule A/B  28 | $0 | ☑ $0 ☐ 100% of the fair market value up to any applicable statutory limit. | California Code of Civil Procedure Section703.140(b)(1) and (5) |
| Brief description **Retirement/ Pension/401(k)** Line from Schedule A/B  21 | $0 | ☑ $0 ☐ 100% of the fair market value up to any applicable statutory limit. | California Code of Civil Procedure Section704.115 |
| Brief description **Machinery / Tools of Trade** Line from Schedule A/B  40 | $0 | ☑ $0 ☐ 100% of the fair market value up to any applicable statutory limit. | California Code of Civil Procedure Section703.140(b)(6) |
| Brief description **Real Property** Residence Line from Schedule A/B  1 | $1,763,000 | ☑ $100,000 ☐ 100% of the fair market value up to any applicable statutory limit. | California Code of Civil Procedure Section704.730 ☐ Single (a)(1) ☑ Head of household  (a)(2) ☐ Over 65 or disabled  (a)(3) |
| Brief description **Corporation or LLC** Line from Schedule A/B  19 | $0 | ☑ $0 ☐ 100% of the fair market value up to any applicable statutory limit. | California Code of Civil Procedure Section703.140(b)(1) and (5) |

Debto1:    - Brian A. LaPorte                                                                                  19-01974-LT7

**Part 1:    Additional page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own. Copy the value from *Schedule A/B* | Amount of the exemption you claim | | Specific laws that allow exemptio |
|---|---|---|---|---|
| Brief description **2013 BMW X5** <br> Line from Schedule A/B  3 | 17,143 | ☑ | $3,050 <br> 100% of the fair market value up to any applicable statutory limit. | California Code of Civil Procedure <br> Section 704.010(a) |
| Brief description <br> Line from Schedule A/B  3 | | ☑ | $0 <br> 100% of the fair market value up to any applicable statutory limit. | California Code of Civil Procedure <br> Section 704.010(a) |
| Brief description <br> Line from Schedule A/B  3 | | ☑ | $0 <br> 100% of the fair market value up to any applicable statutory limit. | California Code of Civil Procedure <br> Section 704.010(a) |
| Brief description <br> Line from Schedule A/B  3 | | ☑ | $0 <br> 100% of the fair market value up to any applicable statutory limit. | California Code of Civil Procedure <br> Section 704.010(a) |
| Brief description <br> Line from Schedule A/B | $0 | ☑ | $0 <br> 100% of the fair market value up to any applicable statutory limit. | California Code of Civil Procedure <br> Section703.140(b)(5) |
| Brief description <br> Line from Schedule A/B | $0 | ☑ | $0 <br> 100% of the fair market value up to any applicable statutory limit. | California Code of Civil Procedure <br> Section703.140(b)(5) |
| Brief description <br> Line from Schedule A/B | $0 | ☑ | $0 <br> 100% of the fair market value up to any applicable statutory limit. | California Code of Civil Procedure <br> Section703.140(b)(5) |

$107,050

Official Form 106A/B                    Schedule C:  The property You Claim as Exempt                    Page 3 of 3 pages

Fill in this information to identify your case:

United States Bankruptcy Court for the
**Southern District of California**
Case number ___19-01974-LT7___

Chapter you are filing under
☒ Chapter 7
☐ Chapter 11
☐ Chapter 13

☐ Check if this is an Amended filing

## OFFICIAL FORM 106D

## Schedule D: Creditors Who Have Claims Secured by Property. 

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form.  On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
☐ No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form.
☒ Yes.  Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims.  If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2.  As much as possible, list the claims in alphabetical order according to the creditors name.

| | | Column A Amount of Claim. Do not deduct value of collateral | Column B Value of collateral supports this claim | Column C Unsecured portion if any |
|---|---|---|---|---|
| **2.1** Name, address, city/state, Zip | Describe the property that secured the Claim: | $1,285,528 | $1,763,000 | $0 |

**2.1**

Citadel Servicing
15707 Rockfield Blvd.
Irvine, CA 92618

Describe the property that secured the Claim:

Residence

**As of the date you file, the claim is** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the Debt?** Check one
☒ Debtor 1 only
☐ Debtor 2 only.
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim relates to a community debt.
**Date debt was incurred** __05-17__

**Nature of the Debt.** Check all that apply
☒ An agreement you made (such as mortgage or secured car loan.
☐ Statutory lien (such as tax lien, mechanic's lien
☐ Judgment lien from a lawsuit.
☐ Other ( including right to offset)_____

Last 4 digits of account number:___7628_____

**2.2** Name, address, city/state, Zip | Describe the property that secured the Claim: | $14,377 | $17,143 | $0 |

Chase Auto Finance
PO Box 901076   TX1-0056
Fort Worth, TX 76101-2076

Describe the property that secured the Claim:

2013 BMW X5

**As of the date you file, the claim is** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the Debt?** Check one
☒ Debtor 1 only
☐ Debtor 2 only.
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt.
**Date debt was incurred** __03-15__

**Nature of the Debt.** Check all that apply
☒ An agreement you made (such as mortgage or secured car loan.
☐ Statutory lien (such as tax lien, mechanic's lien
☐ Judgment lien from a lawsuit.
☐ Other ( including right to offset)_____

Last 4 digits of account number:___0709___

| Add the dollar value of your entries in Column A on this page.  Write that number here | $1,164,377 | |
|---|---|---|

Fill in this information to identify your case:

United States Bankruptcy Court for the
**Southern District of California**
Case number _**19-01974-LT7**_____

Chapter you are filing under
☐ Chapter 7
☐ Chapter 11
☐ Chapter 13

☐ Check if this is an
    Amended filing

**OFFICIAL FORM 106EF**

# Schedule EF: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G.: Executory Contracts and Unexpired Leases (Official Form 106G).  Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property.  If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left.  Attach the Continuation Page to this page.  On the top of any additional pages, write your name and case number (if known).

| Part 1: | **List All Of Your PRIORITY Unsecured Claims** |
|---|---|

| 1. | Do any creditors have priority unsecured claims against you?<br>■ No. Go to Part 2.<br>☐ Yes. Fill in all of the information below. |
|---|---|

| 2. | List all of your priority unsecured claims.  If a creditor has more than one priority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  If a claim has both priority and nonpriority amount, list that claim here and show both priority and nonpriority amounts.  As much as possible list the claims in alphabetical order according to the creditor's name.  If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.<br>(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.) |
|---|---|

| | | Total Claim | Priority Amount | Nonpriority Amount |
|---|---|---|---|---|
| **2.1** | Name, address, city/state, Zip | $0 | $0 | $0 |

Last 4 digits of account number_____

When was the debt incurred: _____

**As of the date you file, the claim is** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations.
☐ Taxes and certain other debts to government
☐ Claims for death or personal injury while you were intoxicated
☐ Other: Specify _____

Tax returns not filed.  Amount owed, unknown at present.

**Who incurred the Debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only.
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is community debt.**
Date debt was incurred _____
**Is the claim subject to offset?**
☐ No.
☐ Yes

| **2.2** | Name, address, city/state, Zip | $0 | $0 | $0 |
|---|---|---|---|---|

Last 4 digits of account number_____

When was the debt incurred: _____

**As of the date you file, the claim is** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations.
☐ Taxes and certain other debts to government
☐ Claims for death or personal injury while you were intoxicated
☐ Other: Specify _____

**Who incurred the Debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only.
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is community debt.**
Date debt was incurred _____
**Is the claim subject to offset?**
☐ No.
☐ Yes

Debtor -1 -   Brian A. LaPorte

Case Number ( if known)   19-01974-LT7

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in the part. Submit this form to the court with your other schedules.

☑ Yes.

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.  If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor hold a particular claim, list the other creditors in Part 3.  If you have more than three nonpriority unsecured claim, fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1** Name, address, city/state, Zip

Last 4 digits of account number __8704__

$22,763

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119-3000

When was the debt incurred?  __04-16__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the Debt?**  Check one
☐ Debtor 1 only
☐ Debtor 2 only.
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Check if this claim is community debt.**
Is the claim subject to offset?
☑ No.
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and similar debts
☐ Other: Specify _____

**4.2** Name, address, city/state, Zip

Last 4 digits of account number __3559__

$20,102

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119-3000

When was the debt incurred?  __04-16__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the Debt?**  Check one
☐ Debtor 1 only
☐ Debtor 2 only.
☐ Debtor 1 and Debtor 2 only
☑ At last on of the debtors and another

**Check if this claim is community debt.**
Is the claim subject to offset?
☑ No.
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and similar debts
☐ Other: Specify _____

**4.3** Name, address, city/state, Zip

Last 4 digits of account number __0950__

$19,707

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119-3000

When was the debt incurred?  __04-16__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the Debt?**  Check one
☐ Debtor 1 only
☐ Debtor 2 only.
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Check if this claim is community debt.**
Is the claim subject to offset?
☑ No.
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and similar debts
☐ Other: Specify _____

Debtor -1 -  Brian A. LaPorte

Case Number ( if known)     19-01974-LT7

| Part 3: | Your NONPRIORITY Unsecured Claims  -  Continuation Page |
|---------|--------------------------------------------------------|

Total claim

**4.4**

Name, address, city/state, Zip

Last 4 digits of account number ___5183___

$6,823

Citi Cards
PO Box 6241
Sioux Falls, SD 57117

When was the debt incurred?  ___01-18___

**As of the date you file, the claim is:**  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the Debt?**  Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ Al lease one of the debtors and another
☑ **Check if this claim is community debt.**
    Is the claim subject to offset?
☑ No.
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement
   or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and similar
   debts
☐ Other: Specify _____

**4.5**

Name, address, city/state, Zip

Last 4 digits of account number ___1879___

$4,369

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119-3000

When was the debt incurred?  ___04-16___

**As of the date you file, the claim is:**  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the Debt?**  Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ Al lease one of the debtors and another
☑ **Check if this claim is community debt.**
    Is the claim subject to offset?
☑ No.
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement
   or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and similar
   debts
☐ Other: Specify _____

**4.6**

Name, address, city/state, Zip

Last 4 digits of account number ___4113___

$3,779

Capital One
PO Box 60024
City of Industry, CA 91716-0024

When was the debt incurred?  ___01-15___

**As of the date you file, the claim is:**  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the Debt?**  Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ Al lease one of the debtors and another
☑ **Check if this claim is community debt.**
    Is the claim subject to offset?
☑ No.
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement
   or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and similar
   debts
☐ Other: Specify _____

Debtor -1 -  Brian A. LaPorte

Case Number ( if known) 19-01974-LT7

| Part 2: | Your NONPRIORITY Unsecured Claims  -  Continuation Page |
|---|---|

**Total claim**

---

**4.7**

Name, address, city/state, Zip

Last 4 digits of account number ___9080___

$1,429

Chase Card Services
PO Box 15298
Wilmington, DE 19850-5298

When was the debt incurred? ___09-15___

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the Debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only.
☐ Debtor 1 and Debtor 2 only
☑ Al least one of the debtors and another
☑ **Check if this claim is community debt.**
  Is the claim subject to offset?
☑ No.
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement
     or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and similar debts
☐ Other: Specify _____

---

**4.8**

Name, address, city/state, Zip

Last 4 digits of account number ___2127___

$259

Capital One
PO Box 85015
Richmond, VA 23285-5075

When was the debt incurred? ___09-14___

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the Debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only.
☐ Debtor 1 and Debtor 2 only
☑ Al least one of the debtors and another
☑ **Check if this claim is community debt.**
  Is the claim subject to offset?
☑ No.
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement
     or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and similar debts
☐ Other: Specify _____

---

**4.9**

Name, address, city/state, Zip

Last 4 digits of account number ___2229___

$252

Chase USA
P.O. Box 94014
Palatine, IL 60094-4014

When was the debt incurred? ___03-15___

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the Debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only.
☐ Debtor 1 and Debtor 2 only
☑ Al least one of the debtors and another
☑ **Check if this claim is community debt.**
  Is the claim subject to offset?
☑ No.
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement
     or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and similar debts
☐ Other: Specify _____

---

Debtor -1 -  Brian A. LaPorte

Case Number ( if known)_19-01974-LT7_____

| Part 2: | **Your NONPRIORITY Unsecured Claims  -  Continuation Page** |
|---|---|

**Total claim**

---

**410**

Name, address, city/state, Zip

Last 4 digits of account number __3165__

**$153**

Capital One
PO Box 60024
City of Industry, CA 91716-0024

When was the debt incurred?    __06-14__

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the Debt?**  Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only.
- ☐ Debtor 1 and Debtor 2 only
- ☐ Al least one of the debtors and another
- ☐ **Check if this claim is community debt.**
  Is the claim subject to offset?
- ☐ No.
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement
  or divorce that you did not report as priority
  claims
- ☐ Debts to pension or profit-sharing plans, and similar
  debts
- ☐ Other: Specify _____

---

**411**

Name, address, city/state, Zip

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the Debt?**  Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only.
- ☐ Debtor 1 and Debtor 2 only
- ☐ Al least one of the debtors and another
- ☐ **Check if this claim is community debt.**
  Is the claim subject to offset?
- ☐ No.
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement
  or divorce that you did not report as priority
  claims
- ☐ Debts to pension or profit-sharing plans, and similar
  debts
- ☐ Other: Specify _____

---

**412**

Name, address, city/state, Zip

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the Debt?**  Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only.
- ☐ Debtor 1 and Debtor 2 only
- ☐ Al least one of the debtors and another
- ☐ **Check if this claim is community debt.**
  Is the claim subject to offset?
- ☐ No.
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement
  or divorce that you did not report as priority
  claims
- ☐ Debts to pension or profit-sharing plans, and similar
  debts
- ☐ Other: Specify _____

---

Debtor 1 -     Brian A. LaPorte                                              Case Number ( if known)   19-01974-LT7

| Part 4: | **Add the Amount for Each Type of Unsecured Claim.** |

6.    Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.
      Add the amounts for each type of unsecured claim.

| Total Claims from Part 1 | | | | Total claim |
|---|---|---|---|---|
| | 6a | Domestic support obligations | 6a | $0 |
| | 6b | Taxes and certain other debts you owe the government. | 6b | $0 |
| | 6c | Claims for death or personal injury while you were intoxicated | 6c | $0 |
| | 6d | Other. Add all other priority unsecured claims. Writ that amount here. | 6d ✚ | $0 |
| | 6e | Total: Add lines 6a through 6d. | 6e | $0 |

| Total Claims from Part 2 | | | | Total claim |
|---|---|---|---|---|
| | 6f | Student loans | 6f | $0 |
| | 6g | Obligations arising out of a separation agreement or divorce that you did not report as priority claims. | 6g | $0 |
| | 6h | Debts and pension or profit-sharing plans, and other similar debts. | 6h | $0 |
| | 6i | Other. Add all other nonpriority unsecured claims Write that amount here. | 6i | $79,636 |
| | 6j | Total: Add lines 6f through 6i... | 6j | $79,636 |

Fill in this information to identify your case:

United States Bankruptcy Court for the
**Southern District of California**
Case number _19-01974-LT7_____

Chapter you are filing under
☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

☐ Check if this is an Amended filing

## OFFICIAL FORM 106G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

Ba as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease if for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease if for. |
|---|---|
| **2.1** Name, Address, City/State, Zip | |
| **2.2** Name, Address, City/State, Zip | |
| **2.3** Name, Address, City/State, Zip | |
| **2.4** Name, Address, City/State, Zip | |
| **2.5** Name, Address, City/State, Zip | |

Fill in this information to identify your case:

United States Bankruptcy Court for the
**Southern District** of California
Case number  **19-01974-LT7**_____

Chapter you are filing under
☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

☐  Check if this is an Amended filing

## OFFICIAL FORM 106H

# Schedule H:  Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1.  **Do you have any codebtors?  (If you are filing a joint case, do not list either spouse as a codebtor.)**
    ☑ No.
    ☐ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?  (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)**
    ☑ No
    ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
       ☐ No.
       ☑ Yes.  In which community state or territory did you live:      _California_   Fill in the name and current address of that person

       Name, address, city and state, zip code.

       Current spouse- living in residence

3.` **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G).  Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1.  Your codebtor | Column 2:  The creditor to whom you owe the debt. Check all schedules that apply: |
|---|---|
| 3.1  Name, address, city and state, zip code<br><br>Toni LaPorte | ☑ Schedule D, Line  _2.1 & 2.2_<br>☐ Schedule E/F Line _____<br>☐ Schedule G, Line _____ |
| 3.2  Name, address, city and state, zip code | ☐ Schedule D, Line _____<br>☐ Schedule E/F Line_____<br>☐ Schedule G, Line _____ |
| 3.3  Name, address, city and state, zip code | ☐ Schedule D, Line _____<br>☐ Schedule E/F Line _____<br>☐ Schedule G, Line _____ |
| 3.4  Name, address, city and state, zip code | ☐ Schedule D, Line _____<br>☐ Schedule E/F Line_____<br>☐ Schedule G, Line _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Brian A. LaPorte** |
| Debtor 2 (Spouse if filing) | |

United States Bankruptcy Court for the **SOUTHERN** District of **CALIFORNIA**

| | |
|---|---|
| Case number (if known) | **19-01974-LT7** |

☐ Check if this is an Amended filing

## Official Form 6I

## Schedule I:   Your Income

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1: Describe Employment

**1    Fill in your employment information.**

If you have more than one job attach a separate page with information about additional employers.

Include employment information about a non-filing spouse unless you are separated.

Include part-time, seasonal or self-employed work.

Occupation should include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment Status** | ☐ Employed   ☑ Not employed | ☑ Employed   ☐ Not employed |
| **Occupation** | **Incarcerated** | **Veterinary Assistant** |
| **Employers name** | No income | Town & Country Veterinary |
| **Employers address** | | 13265 Midland Road |
| | Number   Street | Number   Street  Poway, Ca 92064 |
| | City         State    Zip code | City         State    Zip code |
| **How long Employed There?** | | / 8.5 years / (858) 486-4800 |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.**  If you have nothing to report for any line, write $0 in the space, include your non-filing spouse unless your are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below.  If you need more space, attach a separate sheet to this form

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2 | List monthly gross wages, salary, and commissions (before all payroll deductions) If not paid monthly, calculate what a monthly wage would be. | | $1,594 |
| 3 | Estimate and list monthly overtime pay, if any. | $0 | |
| 4 | Calculate gross income.  Add line 2 + line 3. | $0 | $1,594 |

Debtor 1    Brian A. LaPorte                                   Case Number ( If known)  19-01974-LT7

| | For Debtor 1 | For Debtor 2 or non-filing Spouse |
|---|---|---|
| Copy line 4 here............................................................ 4 | $0 | $1,594 |

**5** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing Spouse |
|---|---|---|---|---|
| 5a | Payroll taxes and social security payments | 5a | | $139 |
| 5b | Contributions to retirement plans | 5b | $0 | |
| 5c | Required repayments of retirement fund loans | 5c | $0 | |
| 5d | Insurance | 5d | $0 | |
| 5e | Union Dues | 5e | $0 | |
| 5f | Other Deductions:    Specify: _____ | 5f | $0 | |
| 5g | Other Deductions:    Specify: _____ | 5g | $0 | |
| 5h | Other Deductions:    Specify: _____ | 5h | $0 | |
| 6 | **Add the payroll deductions:** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6 | $0 | $139 |
| 7 | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7 | $0 | $1,455 |

**8** List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing Spouse |
|---|---|---|---|---|
| 8a | Net income from rental property and from operating business profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a | $0 | $0 |
| 8b | Interest and dividends | 8b | $0 | $0 |
| 8c | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c | $0 | $0 |
| 8d | Unemployment compensation | 8d | $0 | $0 |
| 8e | Social Security | 8e | $0 | $0 |
| 8f | Other government assist    Specify:_ | 8f | $0 | $0 |
| 8g | Pension or retirement income | 8g | $0 | $0 |
| 8h | Other monthly income.    Specify:_____ | 8h | $0 | $0 |
| 9 | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h | 9 | $0 | $0 |
| 10 | **Calculate monthly income.**  Add line 7 and line 9. | 10 | $0 | $1,455 | = | $1,455 |

**11** List all contributions to the expenses that you list in Schedule J that anyone else makes.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives

Do not include any amounts already received in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.  Specify:_____

+ $0

**12** **Add the amount in last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and the *Statistical Summary o Certain Liabilities* and Related data.

$1,455

Combined mo
Income

**13** **Do you expect an increase or decrease within the year after you file this form:**
☒ No.

☐ Yes.  Explain _____

| Non Filing Spouse | Calculation of Income using Year-To-Date figures |
|---|---|

| Number of months income used to calculate. | 9.9 |
|---|---|

|  | Year-To-Date Figure | Monthly Equivalent | Amount placed in Schedule I and Means Test |
|---|---|---|---|
| **Gross Income** | 15,781.50 | 1,594.09 | Line 2 |
| Federal Taxes | 9.63 | 0.97 | Line 5a |
| State Taxes | 0.00 | 0.00 | |
| Social Security | 978.45 | 98.83 | $139 |
| Medicare | 228.83 | 23.11 | |
| SDI | 157.81 | 15.94 | |
| Retirement Plan Contribution | | 0.00 | Line 5b |
| Retirement Fund Loan Repayment | | 0.00 | Line 5c |
| Medical Insurance | | 0.00 | Line 5d |
| Dental Insurance | | 0.00 | |
| Vision Insurance | | 0.00 | $0 |
| Union Dues | | 0.00 | Line 5e |
| Other: | | 0.00 | Line 5f |
| Other: | | 0.00 | Line 5g |
| Other: | | 0.00 | Line 5h |
| **Net Income** | $14,406.78 | $1,455.23 | Line 7 |

| CURRENT MONTHLY INCOME DETAILS FOR THE DEBTOR |
|---|
| The debtor has been at this job for at least the last 6 months. Income does not vary considerably. The year-to-date income was used from the most recent pay stub available in order to calculate the average monthly income and deductions. These figures are those used for schedule I and the Means Test. |

### ATTORNEY CERTIFICATE

I have reviewed the documentation of the debtor upon which the representations of the debtor are made in this statement.

Dated: April 18, 2019                                    /S/ R. Creig Greaves

R. Creig Greaves

INCOME CALCULATION FOR DEBTOR - SCHEDULE I

| Fill in this information to identify your case: | | Check if this is: |
|---|---|---|
| Debtor 1 | **Brian A. LaPorte** | ☐ Amended filing |
| Debtor 2 Spouse if filing | | ☐ A supplement showing post petition Chapter 13 expenses as of this date: |
| United States Bankruptcy Court for the **SOUTHERN** District of **CALIFORNIA** | | ☐ A separate filing for Debtor 2 because Debtor w maintains a separate household |
| Case number | **19-01974-LT7** | |

## Official Form B6J

## Schedule J:  Your Expenses

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   - ■ No
   - ☐ Yes.  Does Debtor 2 live in a separate household?
      - ☐ No
      - ☐ Yes.  Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2

   Do not state the dependents names.

   - ☐ No
   - ■ Yes.  Fill out this information for each dependent.

   ==Debtor incarcerated. Dependents are living in the family home.==

| Dependents  relationship to Debtor  1 or Debtor 2 | Dependents age. | Does Dependent live with you? |
|---|---|---|
| Son | 20 | ■ Yes  ☐ No |
| Son | 4 | ■ Yes  ☐ No |
| Daughter | 11 | ■ Yes  ☐ No |
| | | ☐ Yes  ☐ No |
| | | ☐ Yes  ☐ No |

3. Do your expenses include expenses of people other than yourself and your dependents?
   - ■ No
   - ☐ Yes

### Part 2: Estimate your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of the date after the bankruptcy is filed.  If this is a supplemental Schedule J, check this box at the to of the for and fill in this applicable date.

| | | |
|---|---|---|
| 4 | The rental or home ownership expenses for your residence.  Include first mortgage payments and any rent for the ground or lot. | 4. **9,000** |
| | If not included in line 4: | |
| 4a. | Real Estate Taxes.................................................................... | 4a |
| 4b. | Property, homeowner's, or renter's insurance............................ | 4b |
| 4c. | Home maintenance, and upkeep expenses................................ | 4c |
| 4d. | Homeowner's association or condominium dues......................... | 4d |

Debtor 1    Brian A. LaPorte                                                Case Number ( if known)  19-01974-LT7

| | | | |
|---|---|---|---|
| 5 | **Additional mortgage payments for your residence.** Such as home equity loans................................. | 5 | |
| 6 | **Utilities** | | |
| | 6a    Electricity, heat, natural gas........................................................... | 6a | 150 |
| | 6b    Water, sewer, garbage collection................................................... | 6b | 100 |
| | 6c    Telephone, cell phone, internet, satellite, and cable services......................... | 6c | 180 |
| | 6d    Other            Specify:   Telecommunications | 6d | |
| 7 | **Food and housekeeping supplies**......................................................... | 7. | 500 |
| 8 | **Childcare and children's education costs**............................................... | .8. | |
| 9 | **Clothing, laundry, and dry cleaning**.................................................... | 9. | 75 |
| 10 | **Personal care products and services**.................................................... | 10 | 50 |
| 11 | **Medical and dental expenses**........................................................... | 11 | 50 |
| 12 | **Transportation.** Include gas, maintenance, bus or train fare.    Do not include car payments..... | 12 | 350 |
| 13 | **Entertainment, clubs, recreation, newspapers, magazine, and books**........................ | 13 | 100 |
| 14 | **Charitable contributions and religious donations.** ....................................... | 14 | |
| 15 | **Insurance**<br>Do not include insurance deducted from pay or included in lines 4 or 20 | | |
| | 15a.    Life insurance............................................................ | 15a | |
| | 15b.    Health insurance........................................................ | 15b | |
| | 15c.    Vehicle insurance....................................................... | 15c | 150 |
| | 15d    Other insurance.     Specify:_____ | 15d | |
| 16 | **Taxes.** Do not include taxes deducted from pay or included in lines 4 or 20<br>Specify:_____ | 16 | |
| 17 | **Installment or lease payments**: | | |
| | 17a    Car payments for vehicle 1     2103 BMW X5 | 17a | 509 |
| | 17b    Car payments for Vehicle 2 | 17b | |
| | 17c    Student loan payments | 17c | |
| | 17d    Other:            Specify:_____ | 17d | |
| | 17e    Other:            Specify:_____ | 17e | |
| 18 | **Your payments of alimony, maintenance, and support that you did not report as deducted<br>from your pay on line 5, *Schedule I*, Your Income (official Form B6I).** | 18 | |
| 19 | **Other payments that you make to support others who do not live with you**<br>Specify:_____ | 19 | |
| 20 | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule K: Your income**<br>(Official Form 6I) | | |
| | 20a    Mortgages on other property........................................... | | |
| | 20b    Real estate taxes...................................................... | 20b | |
| | 20c    Property, homeowner's or renter's insurance............................. | 20c | |
| | 20d    Maintenance, repair, and upkeep expenses............................... | 20d | |
| | 20e    Homeowner's association or condominium dues........................... | | |

Debtor 1 ____Brian A. LaPorte_____     Case Number ( if known) 19-01974-LT7

| 21 | **Other:** Specify:_____ | 21 | |
|----|---|---|---|

| 22 | **Your monthly expenses**. Add lines 4 through 21<br>The result is your monthly expenses.............................................................................. | | **11,214** |
|----|---|---|---|

23    **Calculate your monthly net income.**

| 23a | Copy line 12 (your combined monthly income) from Schedule I.................................... | 1,455 |
|-----|---|---|
| 23b | Copy your monthly expenses from line 22 above............................................................. | 11,214 |
| 23c | Substrate your monthly expenses from your monthly income<br>The result is your monthly net income | **(9,759)** |

24    **Do you expect an increase or decrease in your expenses with the year after your file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No

☒ Yes      If home is sold debtor assumes his new rent/mortgage will be considerably
less.

---

Official Form 6J                                    **Schedule J: Your Expenses**                                    Page 3

Fill in this information to identify your case:

| Debtor 1 | Brian A. LaPorte |
|---|---|
| Debtor 2 | |

United States Bankruptcy Court for the
**Southern District of California**
Case number  **19-01974-LT7**

Chapter you are filing under

☐ Check if this is an
Amended Filing

## OFFICIAL FORM 106SUM

## Summary of Your Assets and Liabilities and Certain Statistical Information.          12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Fill out all of your schedules first: then complete the information on this form.  If you are filing amended schedules after you file your original forms, you must fill out a new summary and check the box at the top of this page.

### Part 1:  Summarize Your Assets.

|  |  | **Your Assets**<br>Value of what you own |
|---|---|---|
| **1.** | Schedule A/B.  *Property* (Official Form 106A/B) | |
| | 1a. Copy line 55.  Total real estate from *Schedule A/B*.......................................... | $1,763,000 |
| | 1b . Copy line 62.  Total personal property from *Schedule A/B*........................................ | $22,243 |
| | 1c  Copy line 63.  Total of all property on *Schedule A/B*................................................. | $1,785,243 |

### Part 2:  Summarize Your Liabilities.

|  |  | **Your Liabilities**<br>Value of what you own |
|---|---|---|
| **2.** | *Schedule D:  Creditors Who have Claims Secured by Property*  (Official Form 106D)<br>2a. Copy the total you listed in Column A.  Amount of claim, at the bottom of the last page of Part 1<br>of *Schedule D*............. | $1,299,905 |
| **3.** | *Schedule E/F.  Creditors Who Have Unsecured Claims*  (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 **(priority unsecured claims)** from line 6j of *Schedule E/F*............ | $0 |
| | 3b.  Copy the total claims from Part 2 (**nonpriority unsecured claims**) from lin3 6j of *Schedule E/F* ✚ | $79,636 |
| | **Your total liabilities** | $1,379,541 |

### Part 3:  Summarize Your Income and Expenses.

|  |  |  |
|---|---|---|
| **4.** | *Schedule I:  Your Income*  (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.................................................... | $1,455 |
| **5.** | *Schedule J:  Your Expenses*  (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.................................................. | $11,214 |
| | **TOTAL OF ALL EXEMPTIONS CLAIMED** | $107,050 |

**Brian A. LaPorte**

| Part 4: | Answer These Questions for Administrative and Statistical Records. |
|---|---|

**6.**  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑ Yes.

**7.**  **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal family, or household purpose" 11 U.S.C. § 101(6).  Fill out lines 8-9g for statistical purposes. 28 U.S.C.  § 159.

☐ **Your debts are not primarily consumer debts.**   You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.**  *From the Statement of Your Current Monthly Income.*   Copy your total current monthly income from Official Form 122A-1 Line 11, **OR**  Form 122b Line 11,  **OR** Form 122c-1  Line 14.

| $1,594 |
|---|

**9.**  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F.*

| | Total Claim | |
|---|---|---|
| From Part 4 on *Schedule E/F*, copy the following. | | |
| 9a. Domestic Support Obligations  (Copy lin 6a.) | $0 | |
| 9b.     Taxes and certain other debts you owe the government (Copy line 6b). | $0 | Unknown |
| 9c, Claims for death or personal injury while you were intoxicated. (Copy line 6c) | $0 | |
| 9d.     Student Loans  (Copy line 6f.) | $0 | |
| 9e.     Obligations arising out of a separation agreement or divorce that you dit not report as priority claims.  (Coy line 6g.) | $0 | |
| 9f.     Debts to pension or profit-sharing plans, and other similar debts (Copy line 6h.) | $0 | |
| 9g.     **Total.  Add lines 9a though 9f.** | $0 | |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Brian A. LaPorte** |
| Debtor 2 | |

United States Bankruptcy Court for the
**Southern District of California**
Case number __19-01974-LT7_____
Chapter you are filing under

☐ Check if this is an Amended Filing

## OFFICIAL FORM 106Dec

# Declaration About an Individual Debtor's Schedules
12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connections with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years or both. 18 U.S.C. §§ 162, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No.

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| ✖ /s/ *Brian A. LaPorte* | ✖ /s/ |
|---|---|
| Signature of Debtor 1: **Brian A. LaPorte** | Signature of Debtor 2 - |
| Executed on:  April 18, 2019 | Executed on: |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Brian A. LaPorte** |
| Debtor 2 | |

United States Bankruptcy Court for the
**Southern District of California**
Case number __19-01974-LT7_____        Chapter you are filing under

☐ Check if this is an Amended Filing

## OFFICIAL FORM 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Were You Lived Before. |
|---|---|

**1.  What is your current marital status?**

■ Married.
☐ Not married.

**2.** During the last 3 years, have you lived anywhere other than where you live now?   Present address  3 years

☐ No.
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1. | ☐ Same as Debtor 1 |
| Number, Street, City, State | From_____  To  _____ | Number, Street, City, State | From _____  To  _____ |
| | | ☐ Same as Debtor 1. | ☐ Same as Debtor 1 |
| Number, Street, City, State | From_____  To  _____ | Number, Street, City, State | From _____  To  _____ |

**3.  Within the Last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No.
■ Yes. Make sure you fill out Schedule H: Your Codebtors (Official Form 106H).

Debto1    :    - **Brian A. LaPorte**                                        Case Number ( if known)__19-01974-LT7_____

| Part 2: | Explain the Sources of Your Income. |
|---|---|

**4.**    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.-
If you are filing a joint case and you have income that you receive together, list it only once under Debtor1.

☐ No.

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Source of Income**<br>Check all that apply | **Gross Income**<br>(before deductions<br>and exclusions) | **Sources of income**<br>Check all that apply | **Gross Income**<br>before<br>deductions and<br>exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions<br>Bonuses, tips<br>☐ Operating a business | $0 | ☐ Wages, commissions<br>Bonuses, tips<br>☐ Operating a business | $5,000 |
| **For last Calendar year:**<br>(January 1, to December 31   2018 | ☑ Wages, commissions<br>Bonuses, tips<br>☐ Operating a business | $0 | ☐ Wages, commissions<br>Bonuses, tips<br>☐ Operating a business | $19,000 |
| **For last Calendar year before that**<br>(January 1, to December 31   2017 | ☑ Wages, commissions<br>Bonuses, tips<br>☐ Operating a business | | ☐ Wages, commissions<br>Bonuses, tips<br>☑ Operating a business | $19,000 |

**5.**    **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable.  Examples of other income are alimony, child support; Social Security, unemployment and other public benefit payments; pensions; rental income; interest, dividends, money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are filing a joint case and you have income that your received together, list it only once under Debtor 1.

**List each source and the gross income from source separately.  Do not include income that you listed in line 4.**

☐ No.

☑ Yes. Fill out the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Source of Income**<br>Describe below | **Gross Income from<br>each source**<br>(before deductions<br>and exclusions) | **Sources of income**<br>Describe below | **Gross Income from<br>each source**<br>before<br>deductions and<br>exclusions) |
| **From January of current year until the date you filed for bankruptcy:** | | | | |
| **For last Calendar year:**<br>(January 1, to December 31   2017 | | | | |
| **For last Calendar year before that**<br>(January 1, to December 31   2016 | | | | |

Official Form 107                        Statement of Financial Affairs for Individuals Filing for Bankruptcy.                        Page 2

Debto1 :        - **Brian A. LaPorte**                                    Case Number ( if known)__19-01974-LT7_____

| Part 3: | **List Certain Payments You Made Before You Filed for Bankruptcy.** |
|---------|---------------------------------------------------------------------|

**6.**

## Are either Debtor1's or Debtor2's debts primarily consumer debts?.

☐ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose".
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,426* or more?

   ☐ **No.** Go to line 7.

   ☐ **Yes.** List below each creditor to whom you paid a total of $6,426* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☑ **No.** Go to line 7

   ☐ **Yes.** List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for |
|---|---|---|---|---|
| Creditors Name, address, city/state | | $0 | $0 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan payment<br>☐ Suppliers<br>☐ Other_____ |
| Creditors Name, address, city/state | | $0 | $0 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan payment<br>☐ Suppliers<br>☐ Other_____ |
| Creditors Name, address, city/state | | $0 | $0 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan payment<br>☐ Suppliers<br>☐ Other_____ |

Debto1   :   - Brian A. LaPorte

Case Number ( if known)__19-01974-LT7_____

**7.** **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

Insiders include your relatives, any general partners; relatives of any general partners; partnerships of which you are a genera partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities, and any managing agent, including on for a business you operate as a sole proprietor.  11 U.S.C.§ 101.  Include payments for domestic support obligations, such as child support and alimony.

☒  No.

☐  Yes.  List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's name, address, city/state, zip | _____ | $0 | $0 | |
| | _____ | | | |
| | _____ | | | |
| Insider's name, address, city/state, zip | _____ | $0 | $0 | |
| | _____ | | | |
| | _____ | | | |

**8.** **Within 1 year before you filed for bankruptcy, did you make a payment or transfer any property on account of a debt that benefitted an insider?**

Include payment on debts guaranteed or cosigned by and insider.

☒  No.

☐  Yes.  List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's name, address, city/state, zip | _____ | $0 | $0 | |
| | _____ | | | |
| | _____ | | | |
| Insider's name, address, city/state, zip | _____ | $0 | $0 | |
| | _____ | | | |
| | _____ | | | |

Debtor 1 :      - Brian A. LaPorte                                    Case Number ( if known)_19-01974-LT7_____

---

**Part 4:**   **Identify Legal Actions, Repossession, and Foreclosures.**

**9.**  **Within 1 year** before you filed for bankruptcy, were you a party in any lawsuit, court action or administrative proceeding? List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications and contract disputes.

☐ No.
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of this case |
|---|---|---|---|
| Case Title<br>_State of California vs. Laporte_<br><br>Case File No.  RIF 1880191 | Lis Pendens on pending criminal action | Court name, address, city and state<br><br>Riverside Superior<br>RIF 1880191 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case Title<br>_____<br><br>Case File No. | | Court name, address, city and state | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**10.**  **Within 1 year** before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seize, or levied? Check all that apply and fill in the details below.

☑ No.
☐ Yes.  Fill in the detail

| | Describe the property | Date | Value of the Property |
|---|---|---|---|
| Creditor's name, address, city, state, zip code | See above re: Lis Pendens | | $0 |
| | ☐ Property was repossessed<br>☐ Property was foreclosed<br>☐ Property was Garnished<br>☐ Property was attached, seized, or levied. | | |
| Creditor's name, address, city, state, zip code | Describe the property | Date | $0 |
| | ☐ Property was repossessed<br>☐ Property was foreclosed<br>☐ Property was Garnished<br>☐ Property was attached, seized, or levied. | | |
| Creditor's name, address, city, state, zip code | Describe the property | Date | $0 |
| | ☐ Property was repossessed<br>☐ Property was foreclosed<br>☐ Property was Garnished<br>☐ Property was attached, seized, or levied. | | |

---

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy.                Page 5

Debto1   :   - Brian A. LaPorte                                                                Case Number ( if known)  19-01974-LT7

**11**   Within <mark>90 days</mark> before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amount from your accounts or refuse to make a payment because you owed a debt?

☒ **No.**

☐ **Yes.  Fill in the detail**

|  | Describe the action the creditor took | Date Action was taken | Amount |
|---|---|---|---|
| Creditor's name, address, city / state |  |  | $0 |
|  | Last 4 digits of account number _____ |  |  |

**12**   Within <mark>1 year</mark> before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☒ **No.**

☐ **Yes.**

| Part 5: | <mark>List Certain Gifts and Contributions.</mark> |
|---|---|

**13**   Within <mark>2 years</mark> before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☒ **No.**

☐ **Yes.**

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave gifts | Value |
|---|---|---|---|
| Name, address, city / state /zip |  |  | $0 |
|  |  |  | $0 |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave gifts | Value |
|---|---|---|---|
| Name, address, city / state /zip |  |  | $0 |
|  |  |  | $0 |

Debtor1    :    - Brian A. LaPorte

Case Number ( if known)__19-01974-LT7_____

| 14 | Within **2 years** before you filed for bankruptcy, did you give any gifts with a total value of more than $600 to any charity? |
|---|---|

☒ No.

☐ Yes.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Name, address, city / state /zip | | _____ | $0 |
| | | _____ | $0 |

| **Part 6:** | **List Certain Losses.** |
|---|---|

| 15 | Within **2 years** before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling? |
|---|---|

☒ No.

☐ Yes.

| Describe the property you lost and how the loss occurred. | Describe any insurance coverage for the loss. Include the amount that insurance has paid.  List pending insurance claims on line 33 of Schedule A/B: Property | Date of your loss. | Value of property lost. |
|---|---|---|---|
| | | _____ | $0 |

| **Part 7:** | **List Certain Payments or Transfers.** |
|---|---|

| 16 | Within **1 year** before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition? Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy. |
|---|---|

☒ **No.**

☐ **Yes.** Fill in the details.

| | Description and value of any property transferred | Dates of transfer | Amount of payment |
|---|---|---|---|
| Name of person paid, address, city/state | | _____ | $0 |
| | | _____ | $0 |

Debtor1    :    - **Brian A. LaPorte**                                    Case Number ( if known)  **19-01974-LT7**

| Name of person paid, address, city/state | Description and value of any property transferred | Dates of transfer | Amount of payment |
|---|---|---|---|
| | | _____ | $0 |
| | | _____ | $0 |

---

**17**   **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you promises to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.
☒ **No.**
☐ **Yes.**  Fill in the details.

| Name of person paid, address, city/state | Description and value of any property transferred | Dates of transfer | Amount of payment |
|---|---|---|---|
| | | _____ | $0 |
| | | _____ | $0 |

---

**18**   **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.
☒ **No.**
☐ **Yes.**  Fill in the details.

| Person who received transfer / address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| | | | _____ |
| | | | _____ |

---

Debtor 1 :        - Brian A. LaPorte                                    Case Number ( if known)_19-01974-LT7_____

**19**    Within **10 years** before you filed for bankruptcy, did you transfer any property to a self-certified trust or similar device of which you are a beneficiary?   ()These are often called asset-protection devices.)

☐ **No.**

☐ **Yes.** Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust: | | _____ |

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units. |
|---|---|

**20.**    Within **1 year** before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ **No.**

☐ **Yes.** Fill in the details.

| | Last 4 digits of account number | Type of account or instrument. | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name Financial Institution & address | XXXX- _____ | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other_____ | _____ | $0 |
| Name Financial Institution & address | XXXX- _____ | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other_____ | _____ | $0 |

**21**    Do you now have, or did you have within **1 year** before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☐ **No.**

☐ **Yes.** Fill in the details.

| | Who else  hd access to it.? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Financial Institution name & address | Name, numbers, city/street, zip | | ☐ No.<br>☐ Yes |

Debtor 1  :          - Brian A. LaPorte                                    Case Number ( if known)_19-01974-LT7_____

**22** **Have you stored property in a storage unit or place other than your home within <mark>1 year</mark> before you filed for bankruptcy?**

☒ No.

☐ Yes. Fill in the details.

| | Who else hd access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Financial Institution name & address | Name, numbers, city/street, zip | | ☐ No. ☐ Yes |

| Part 9: | **Identify Property you Hold or Control for Someone Else.** |
|---|---|

**23** **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No.

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owners name, address, city, state | Number, city/street, zip | | |

| Part 10: | **Give Details About Environmental Information.** |
|---|---|

For the purpose of Part 10, the following apply:

- *Environmental law* means any federal, state, or local statute, or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize, including disposal sites.

- *Hazardous material* means anything an environmental law defines as hazardous waste, hazardous substance, toxic substance, hazardous materia, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.** **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of environmental law?**

☒ No.

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it. | Date of notice |
|---|---|---|---|
| Name of site / address | | | _____ |

Debtor 1   :      - Brian A. LaPorte                                    Case Number ( if known) **19-01974-LT7**_____

---

**25.** **Have you notified any governmental unit of any release of hazardous material?**

☒ **No.**
☐ **Yes.** Fill in the details.

| | Governmental unit | Environmental law, if you know it. | Date of notice |
|---|---|---|---|
| Name of site / address | | | _____ |

---

**26.** **Have you been a party to any judicial or administrative proceeding under any environmental law? Include settlements and Orders**.

☒ **No.**
☐ **Yes.** Fill in the details.

| | Court or agency | Nature of the case. | Status of case |
|---|---|---|---|
| Name of site / address | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

---

| Part 11: | **Give Details About Your Business or Connections to Any Business.** |
|---|---|

**27.** **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time.
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP).
☐ A partner in a partnership.
☐ An officer, director, or managing executive of a corporation.
☐ An owner of at least 5% of the voting or equity securities of a corporation.
☒ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security Number or ITIN |
|---|---|---|
| Business Name, address, city/state/zip | | EIN: _____ |
| | Name of Accountant or Bookkeeper | Dates business existed. |
| | | From:_____ To _____ |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security Number or ITIN |
|---|---|---|
| Business Name, address, city/state/zip | | EIN: _____ |
| | Name of Accountant or Bookkeeper | Dates business existed. |
| | | From:_____ To _____ |

---

Debtor 1 :        - Brian A. LaPorte                                        Case Number ( if known)_19-01974-LT7_____

| Business Name, address, city/state/zip | Describe the nature of the business | Employer Identification number<br>Do not include Social Security Number or ITIN |
|---|---|---|
| | | EIN: _____ |
| | Name of Accountant or Bookkeeper | Dates business existed. |
| | | From:_____  To _____ |

---

Within **2 years** before you filed for bankruptcy, did you give a financial statement to anyone about your business/  Include all financial institutions, creditors, or other parties.

■ No.
☐ Yes.  Fill in the details.

| Name, address, city, state, zip | Date Issued.   Month / day / year |
|---|---|
| | |

---

| Part 12: | **Sign Below.** |
|---|---|

I have read the answers on this Statement of Financial Affairs and any attachments, and I declare under penalty of perjury that the answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000 or imprisonment for up to 20 years, or both.

✖ */s/ Brian A. LaPorte*                                ✖ _____

Signature of debtor 1                                    Signature of debtor 2
**Brian A. LaPorte**

Date:  April 18, 2019                                     Date:

Did you attach additional pages to Your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No.
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No.
☐ Yes.  Name of person _____      Attach the Bankruptcy Petition Preparer's Notice.
                                                          Declaration and Signature  (Official Form 119)

---

| Fill in this information to identify your case | Check one only as directed in lines 1, 2, 3, or 17: |
|---|---|
| **Debtor 1** Bryan LaPorte | According to the calculations required by this statement |
| **Debtor 2** Spouse if filing | ☑ 1. There is no presumption of abuse |
| United States Bankruptcy Court, **SOUTHERN** District of **CALIFORNIA** | ☐ 2. The presumption of abuse is determined by Form 22-A2 |
| Case number   19-01974-LT7 | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later |
| | ☐ Check if this is an amended filing |

## Official Form 22A-1

## Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from presumption of abuse* Under § 707(b)(2) Official form 122A-1 Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

**1** **What is your marital and filing Status?** Check one only.

☐ **Not married.** Fill out Column A, lines 5-15.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 5-14

☑ **Married and your spouse is NOT filing with you.** You and your spouse are:

☑ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 5-14.

☐ **Living separately or are legally separated.** Fill out Column A, lines 5-14, do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B)

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, you are filing on September 15, the 6 month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | | | | Column A For you | Column B Debtor 2 |
|---|---|---|---|---|---|---|
| **2** | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions:. | | | | $0 | $1,594 |
| **3** | **Alimony and maintenance payments.** | | | | $0 | $0 |
| **5** | **Net income from operating a business, profession, or farm** | Debtor 1 | Debtor 2 | | | |
| | Gross receipts(before all deductions) | $0 | $0 | | | |
| | Ordinary and necessary operating expenses | | | Copy here ➔ | $0 | $0 |
| | Net monthly income from a business, profession, or farm | $0 | $0 | | | |
| **6** | **Net income from rental and other real property** | Debtor 1 | Debtor 2 | | | |
| | Gross receipts (before all deductions) | $0 | $0 | | | |
| | Ordinary and necessary operating expenses | | | Copy here ➔ | $0 | $0 |
| | Net monthly income from rental or other real property | $0 | $0 | | | |
| **7** | **Interest, dividends, and royalties** | | | | $0 | $0 |

Debtor 1    **Bryan LaPorte**                              Case number, if any    19-01974-LT7

| | | | |
|---|---|---|---|
| 8 | **Unemployment compensation**  Do not enter amount if you contend that the amount received was a benefit under the Social Security Act, instead list it here.......................................↘ | $0 | $0 |
| | For you............................................................. $0 | | |
| | For your spouse................................................ $0 | | |
| 9 | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $0 | $0 |
| 10 | **Income from all other Sources not listed above.** Specify the source and amount.  Do not include any benefits received under the Social Security Act or payment received as a victim of a war crime, a crime against humanity, or International or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 13c. | | |
| | 10a.. ......................................................................... | $0 | $0 |
| | 10b. ......................................................................... | $0 | $0 |
| | 10c. ......................................................................... | $0 | $0 |

**Total Income**

| | | | | |
|---|---|---|---|---|
| 11 | **Calculate your total current monthly income** Add lines 5 through 13 for each column.  Then add the total for Column A to the total for Column B. | $0 | $1,594 | **$1,594** |

12  **Calculate your annual Income using your total current monthly Income from Part 3.** Follow these steps:

12a.    Copy your total current monthly income from line14.....................................................Copy line 11 here→ 12a.    $1,594

X 12

Multiply by 12 (the number of months in a year).

12b    The result in your annual income for this part of the form.
12b.    **$19,128**

13  **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live    **California**

Fill in the number of people in the household    **5**

Fill in the medial family income for your state and size of household...............................................13.    **$105,813**

To find that information, either to the Means Test Information at http:;//www.justice.gov/ust/eo/bapcpa/meanstesting.htm or ask for help at the clerk's office of the bankruptcy court.

14  **How do the lines compare?**

14a.  ☑  Line 12b is less than or equal to line 16.  On the top of page 1, check box 1, There is no presumption of abuse.  Go to Part 5.

14b.  ☐  Line 12b is more than line 16.  On the top of page 1, check box 2, The presumption of abuse is determined by Form 22A-2.  Go to Part 5 and fill out Form 22A-2

---

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✗ /s/ Bryan LaPorte                                    ✗

Debtor 1 -  **Bryan LaPorte**                         Debtor 2  -

Dated: April 18, 2019                                  Dated:

If you check 14a, do NOT fill out or file Official Form 22A-2.  *Chapter 7 Means Test Calculation.*
If you checked line 14b, fill out Official Form 22A-2, *Chapter 7 Means Test Calculation* and file it with this form.

**R. Creig Greaves** (Bar #071035)
Attorney at Law
110 West "C" Street, Suite 2101
San Diego, CA 92101
(619)  234-0033

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, CA 92101

| **Brian A. LaPorte** | Bankruptcy No: 19-01974-LT7 |
|---|---|
| Debtor(s) | |

Last four digits of Soc. Sec. or
individual-Taxpayer I.D. (TIN)/ complete EIN:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**RIGHTS AND RESPONSIBILITIES OF CHAPTER 7 DEBTORS**
**AND THEIR ATTORNEY**

In order for debtors and their attorneys to understand their rights and responsibilities in the bankruptcy process, the following terms of engagement are hereby agreed to by the parties.

Nothing in this agreement should be construed to excuse an attorney from any ethical duties or responsibilities under Federal Rule of Bankruptcy Procedure 9011 and the Local Bankruptcy Rules.

**I.**
**Services Included in the Initial Fee Charged**

The following are services that an attorney must provide as part of the initial fee charged for representation in a Chapter 7 Case:

1.    Meet with the debtor to review the debtor's assets, liabilities, income and expenses.

2.    Analyze the debtor's financial situation, and render advice to the debtor in determining whether to file a petition in bankruptcy.

3.    Describe the purpose, benefits, and costs of the Chapters the debtor may file, counsel the debtor regarding the advisability of filing either a Chapter 7, 11, or 13 case, and answer the debtor's questions.

4.    Advise the debtor of the requirement to attend the Section 341(a) Meeting of Creditors, and instruct the debtor as to the date, time and place of the meeting.

5.    Advise the debtor of the necessity of maintaining liability, collision and comprehensive insurance on vehicles securing loans or leases.

6.      Timely prepare, file and serve, as required, the debtor's petition, schedules, Statement of Financial Affairs, and any necessary amendments to Schedule C.

7.      Provide documents pursuant to the Trustee Guidelines and any other information requested by the Chapter 7 Trustee or the Office of the United States Trustee.

8.      Provide an executed copy of the Rights and Responsibilities of Chapter 7 Debtors and their Attorneys to the debtor.

9.      Appear and represent the debtor at the Section 341(a) Meeting of Creditors, and any continued meeting, except as further set out in Section II.

10.     File the Certificate of Debtor Education if completed by the debtor and provided to the attorney before the case is closed.

11.     Attorney shall have a continuing obligation to assist the debtor by returning telephone calls, answering questions and reviewing and sending correspondence.

12.     Respond to and defend objections to claims(s) of exemption arising from attorney error(s) in Schedule C.

## II.
## Services Included as Part of Chapter 7 Representation,
## Subject to an Additional Fee.

The following are services, included as part of the representation of the debtor, for which the attorney may charge additional fees:

1.      Representation at any continued meeting of creditors due to client's failure to appear or failure to provide required documents or acceptable identification;

2.      Amendments, except that no fee shall be charged for any amendment to Schedule C that may be required as a result of attorney error;

3.      Opposing Motions for Relief from Stay;

4.      Reaffirmation Agreements and hearing on Reaffirmation Agreements.

5.      Redemption Motions and hearings on Redemption Motions;

6.      Preparing, filing, or objecting to Proof of Claims, when appropriate, and if applicable;

7.      Representation in a Motion to Dismiss or Convert debtor's case;

8.      Motions To Reinstate of Extend the Automatic Stay;

9.      Negotiations with Chapter 7 Trustee in aid of resolving nonexempt asset, turnover or asset administration issues.

**III.**

**Additional Services Not Included in the Initial Fee Which Will Require a
Separate Fee Agreement.**

The following services are <u>not</u> included as part of the representation in a Chapter 7 case, unless the attorney and debtor negotiate representation in these post-filing matters at mutually agreed upon terms in advance of any obligation of the attorney to render services.   Unless a new fee agreement is negotiated between debtor and attorney, attorney will not be required to represent the debtor in these matters:

1.     Defense of Complaint to Determine Non-Dischargeability of a Debt or filing Complaint to Determine Dischargeability of Debt:

2.     Defense of a Complaint objecting to discharge;

3.     Objections to Claim of Exemption, except where an objection arises due to an error on Schedule C;

4.     Sheriff levy releases;

5.     Section 522(f) Lien Avoidance Motions;

6.     Opposing a request for, or appearing at a 2004 examination;

7.     All other Motions or Applications in the case, including to Buy, Sell, or Refinance Real or other Property;

8.     Motions or other proceedings to enforce the automatic stay or discharge injunction;

9.     Filing or responding to an appeal.

10.    An audit of the debtor's case conducted by a contract auditor pursuant to 28 U.S.C. Section 586(f).

**IV.**

**Duties and Responsibilities of the Debtor**

As the debtor filing for a Chapter 7 Bankruptcy, you must:

1.     Fully disclose everything you own, lease, or otherwise believe you have a right or interest in prior to filing the case;

2.     List everyone to whom you owe money, including your friends, relatives or someone you want to repay after the bankruptcy is filed;

3.     Provide accurate and complete financial information;

4.     Provide all requested information and documentation in a timely manner, in accordance with the Chapter 7 Trustee Guidelines;

5.	Cooperate and communicate with your attorney;

6.	Discuss the objectives of the case with your attorney before you file;

7.	Keep the attorney updated with any changes in contact information, including email address;

8.	Keep the attorney updated on any and all collection activities by any creditor, including lawsuits, judgments, garnishments, levies, and execution on debtor's property;

9.	Keep the attorney updated on any changes in the household income and expenses;

10.	Timely file all statutorily required tax returns;

11.	Inform the attorney if there are any pending lawsuits or rights to pursue any lawsuits;

12.	Appear at the Section 341(a) Meeting of Creditors, and any continued Meeting of Creditors;

13.	Bring proof of social security number and government issued photo identification to the Section 341(a) Meeting of Creditors;

14.	Provide date-of-filing bank statements to the attorney no later than 7 days after filing of your case;

15.	Pay all required fees prior to the filing of the case;

16.	Promptly pay all required fees in the event post filing fees are incurred;

17.	Debtor must not direct, compel or demand their attorney to take a legal position or oppose a motion in violation of any Ethical Rule, any Rule of Professional Conduct, or Federal Rule that is not well grounded in fact or law.

---

Dated:  April 18, 2019          /s/ *Bryan LaPorte*

**Bryan LaPorte**


Dated:  April 18, 2019          /s/ *R. Creig Greaves*

**R. Creig Greaves**
Attorney for debtor(s).

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In Re:

**Brian A. LaPorte**

Bankruptcy No: ___19-1262-LA7_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. §329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept. . . . . . . . . . . . . . . . . | $1,500.00 |
| Prior to the filing of this statement I have received. . . . . . . . . . . . | $665.00 |
| Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $835.00 |

               Balance to be paid thru the chapter 13 plan

2.  The source of the compensation paid to me was:  **Debtor(s)**

3.  The source of compensation to be paid to me is:  **Debtor(s) through the chapter 13 plan.**

4.  ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

Other:   All of those services described in The UNITED STATES TRUSTEE SOUTHERN DISTRICT OF CALIFORNIA RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEY filed herewith.

6.  By agreement with the debtor(s), the above-disclosed fee does not include work related to compliance with BAPCPA disclosures.   Debtor(s) attorney may make separate applications for BAPCPA related services:

## CERTIFICATION
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: ___April 18, 2019_____

/s/ *R. Creig Greaves*
**R. Creig Greaves** (071035)
Attorney for debtor(s)

**R. Creig Greaves** (071035)
Attorney at Law
110 West "C" Street, Suite 2101
San Diego, California 92101
(619) 234-0033

Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re:                                    )
                                          )    Case Number  19-01974-LT7
**Brian A. LaPorte**                      )
                                          )    **DECLARATION OF Bryan LAPORTE.**
                                          )
_____           )

I / We, declare that I am the debtor herein and further declare as follows:

I have been incarcerated and hope to be out prior to the meeting of creditors scheduled for May 8, 2019. If unable to appear, I wish to continue with this case and will appear by telephone if possible. I obviously have no income at this time. My wife has an income. We purchased a home and put $500,000 down. It is now in foreclosure. I am informed that I do not qualify for chapter 13 and need to realize some the equity in the family residence. Rather than lose equity in our home, I decided to file chapter 7 and try to sell the home. My wife previously filed chapter 7, but did not file the balance of schedules to complete her case.

I / We declare under penalty of perjury that the foregoing is true and correct and that this declaration is made at San Diego, California on

Dated: April 18, 2019          /s/ *Bryan LaPorte*
                               **Bryan LaPorte**